FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 0 9 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 24-0032 MV |
| vs. | ) Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii): Possession with Intent to Distribute 500 Grams and More of Cocaine; |
| **FRANCISCO DIAZ,** | ) |
| Defendant. | ) Count 2: 18 U.S.C. § 924(c)(1)(A)(i): Possessing a Firearm in Furtherance of a Drug Trafficking Crime. |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about September 3, 2019, in Santa Fe County, in the District of New Mexico, the defendant, **FRANCISCO DIAZ**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 500 grams and more of a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii).

## Count 2

On or September 3, 2019, in Santa Fe County, in the District of New Mexico, the defendant, **FRANCISCO DIAZ**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States,

specifically, possession with intent to distribute cocaine as charged in Count 1 of this indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
eyr